# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JOHN D. & LORETTA LEE JONES |
| **Case Number:** | 2:08-bk-17854-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL CITY MORTGAGE

**R / M #:** 64 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR NATIONAL CITY MORTGAGE

## Proceedings:

Mr. McDonald informed the Court that he has received an adequate protection order.

COURT: IT IS ORDERED MODIFYING THE STAY. COUNSEL MAY UPLOAD A FORM OF ORDER.